Robert B. Sykes (#3180)
    bob@sykesmcallisterlaw.com
Rachel L. Sykes (#11778)
    rachel@sykesmcallisterlaw.com
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | |
|---|---|
| LEE HOOGVELDT, | |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| IAN ADAMS, Other John Doe Officers of the West Jordan Police Department, and WEST JORDAN CITY, a Political Subdivision; and JOHN and JANE DOES 1-10, | Civil No. 2:15-cv-00309 |
| Defendants. | Judge Jill N. Parrish |

Pursuant to Plaintiff's Motion, by and through counsel of record, and good cause otherwise appearing,

**IT IS HEREBY ORDERED:**

The above-entitled case is dismissed, with prejudice.

DATED this 25th day of August, 2015.

                **BY THE COURT:**

                */s/ Jill N. Parrish*
                Hon. Jill N. Parrish
                U.S. District Court

~9023616.wpd